UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ATLANTIC RECORDING CORPORATION, :
BAD BOY RECORDS, LLC, ELEKTRA
ENTERTAINMENT GROUP INC., WARNER :
BROS. RECORDS INC., and WARNER
MUSIC GROUP CORP., :

       Plaintiffs, :

  -against- :

KONAMI DIGITAL ENTERTAINMENT, :
INC, 4MM GAMES, LLC, AUTUMN
GAMES, LLC, and TERMINAL REALITY, :
INC., 

       Defendants. :

:

------------------------------------- X
:
AND RELATED CROSS CLAIMS.
:
------------------------------------- X

Case No. 12 CV 7993 (JGK)

**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/6/13

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, and pursuant to a Settlement Agreement entered into by the parties hereto, **IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel, that:

1.    Plaintiffs Atlantic Recording Corporation, Bad Boy Records, LLC, Elektra

Entertainment Group Inc., Warner Bros. Records Inc., and Warner Music Group Corp. (collectively, "Plaintiffs"), and each of them, hereby dismiss their claims in the above-captioned matter against Defendants Konami Digital Entertainment, Inc. ("KDE"), Autumn Games, LLC ("Autumn") and Terminal Reality, Inc. ("Terminal") (collectively, "the Settling Defendants"), and each of them, *with* prejudice.

2. The Settling Defendants, and each of them, hereby dismiss their cross-claims against each other and against Defendant 4MM Games, LLC ("4MM") *without* prejudice.

3. Nothing herein shall constitute a dismissal of Plaintiffs' claims against 4MM.

4. Each party hereto shall bear its own costs and attorneys' fees.

5. No party hereto shall be considered the prevailing party against any other party hereto.

6. ~~This Court shall retain jurisdiction over the Settlement Agreement entered into by the parties hereto.~~

7. This stipulation may be executed in counterparts, each of which shall be deemed an original regardless of the date of its execution and delivery, and said counterparts together shall constitute one and the same stipulation of dismissal.

Dated: March 14, 2013

LATHROP & GAGE LLP

By: /s/ Thomas Curtin
Thomas Curtin (TC-5753)
230 Park Avenue, Suite 2400
New York, New York 10169
(212) 850-6220
Attorneys for Defendant Konami Digital Entertainment, Inc.

OPPENHEIM + ZEBRAK, LLP

By: /s/ Matthew J. Oppenheim
Matthew J. Oppenheim (MO-5001)
400 Jenifer Street, NW, Suite 250
Washington, DC 20015
(202) 450-3958
Attorneys for Plaintiffs

STEWART OCCHIPINTI, LLP

By: _____
Charles A. Stewart, III (CS-7099)
65 West 36th Street, 7th Floor
New York, NY 10018
(212) 239-5500
Attorneys for Defendant Autumn Games, LLC

NORWICK, SCHAD & GOERING

By: _____
Kenneth P. Norwick (KN-4622)
110 East 59th Street
New York, NY 10022
(212) 751-4440
Attorneys for Defendant Terminal Reality, Inc.

SO ORDERED this 5 day of June, 2013.

_____
Hon. John G. Koeltl, U.S.D.J.

The Clerk is directed to close this case.

So ordered.

_____
U.S.D.J.
6/5/13

| | |
|---|---|
| STEWART OCCHIPINTI, LLP | NORWICK, SCHAD & GOERING |
| By: _____ | By: _____ |
| Charles A. Stewart, III (CS-7099) | Kenneth P. Norwick (KN-4622) |
| 65 West 36th Street, 7th Floor | 110 East 59th Street |
| New York, NY 10018 | New York, NY 10022 |
| (212) 239-5500 | (212) 751-4440 |
| Attorneys for Defendant Autumn Games, LLC | Attorneys for Defendant Terminal Reality, Inc. |

SO ORDERED this ____ day of _____, 2013.

_____
Hon. John G. Koeltl, U.S.D.J.